UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Crow Family Holdings Industrial Limited Partnership, a Delaware L.P.,

Plaintiff,

Court File No. 00-1695 DSD/JMM

vs.

John Stewart,

Defendant.

---

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that the above-entitled action be and hereby is dismissed, with prejudice, and without costs to any party.

Dated: October 31, 2000

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
James M. Jorissen, #26283
David E. Runck, #289954
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR CROW FAMILY HOLDINGS INDUSTRIAL LIMITED PARTNERSHIP

(6)

11/16/00

NOV 16 2000

Dated: October 31, 2000

RAVICH, MEYER, WILSON, KIRKMAN,
MCGRATH & NAUMAN P.A.

By: ______________________
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-8511
Facsimile: (612) 332-8302

ATTORNEYS FOR JOHN STEWART

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

That the above-entitled action be and hereby is dismissed, with prejudice, on the merits, and without costs to any party.

BY THE COURT:

Dated: 11/16/00

The Honorable David S. Doty
United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.